IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> GROVE STREET REALTY URBAN RENEWAL, L.L.C., et al., <br><br> Defendants. | Civil Action <br> No. 10-2279 (JBS/KMW) <br><br> **ORDER** |

   This matter is before the Court on Plaintiff GE Business Financial Services Inc.'s motion for entry of default judgment against Defendant TDR Systems Inc. t/a Chutes Int'l [Docket Item 44]; the Court having considered the submissions of the Plaintiff in support of the motion; and Defendant TDR Systems Inc. having supplied no opposition to the motion; and for good cause shown;

   IT IS, this  **30th**   day of **November, 2011,**

   ORDERED that Plaintiff's motion for default judgment is **GRANTED**; judgment by default is hereby entered in Plaintiff's favor and against Defendant TDR Systems Inc. on Count II of the Amended Complaint; and it is further

   ORDERED that to the extent Defendant TDR Systems, Inc. has any liens against the mortgaged premises (as defined in the Amended Complaint), such liens were recorded subsequent to the Mortgage in favor of Plaintiff; and it is further

ORDERED that the Clerk shall terminate the case upon the docket.

                                              **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge